1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiff MARSHALL LOSKOT,
   an individual
6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10  MARSHALL LOSKOT, an individual,      )    **CASE NO. CV-09-2439-LB**
                                         )
            Plaintiffs,                  )
11                                       )    **STIPULATION OF DISMISSAL AND**
    v.                                   )    **[PROPOSED] ORDER THEREON**
12                                       )
    EL CHARRO RESTAURANT;                )
13  WELLINGTON UGARTE PALACIOS;          )
    BLANCA UGARTE PALACIOS; and          )
14  UGARTE-PALACIOS, INC., a California  )
    corporation,                         )
15                                       )
            Defendants.                  )
16                                       )
    _____     )
17

18

19        The parties, by and through their respective counsel, stipulate to dismissal of this action in

20  its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

21  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

22  costs and attorneys' fees.  The parties further consent to and request that the Court retain

23  jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.

24  375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

25  agreements).

    ///
26
    ///
27
    ///
28

    STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    **CASE NO. CV-09-2439-LB**

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3  pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4    This stipulation may be executed in counterparts, all of which together shall constitute one

5  original document.

6

7  Dated: June 13, 2011                  THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*
8

9
                                         By:_____/s/ Thomas E. Frankovich___
10                                            Thomas E. Frankovich
                                            Attorneys for Plaintiff MARSHALL LOSKOT
11

12
   Dated: June    , 2011                 JEFFER, MANGELS, BUTLER &
13                                        MITCHELL, LLP

14

15
                                         By:_____
16                                           Martin H.  Orlick
                                            Attorney for Defendants, WELLINGTON
17                                          UGARTE; and UGARTE-PALACIOS, INC.,

18

19                  **ORDER**

20    IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

21  Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

22  purpose of enforcing the parties' Settlement Agreement and General Release should such

23

24  enforcement be necessary.

25

26  Dated: __June 22_____, 2011         _____

27                                        Honorable Magistrate Judge Laurel Beeler
                                         UNITED STATES DISTRICT JUDGE
28

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON    **CASE NO. CV-09-2439-LB**

-2-